IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON YONAI,

    Petitioner,                  No. CIV S-08-0012 WBS CMK P

   vs.

WALKER, et al.,

    Respondents.             <u>ORDER</u>

                             /

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within ten days, whether they have any objection to the dismissal of this action. Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). <u>See</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: October 8, 2008

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE