1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JASON YONAI,                              No. CIV S-08-0012-WBS-CMK-P

12            Petitioner,

13        vs.                                  ORDER

14   WALKER, et al.,

15            Respondents.

16   _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  On September 29, 2008, petitioner filed a request

19   to withdraw his petition (Doc. 13).

20            Respondent has been served with the petition and has appeared by way of a

21   motion to dismiss, which is currently pending.  Respondent was directed to notify the court

22   whether there were any objections to the dismissal of this action.  Respondent filed a statement

23   of non-opposition on October 14, 2008.  As there is no objection to this action being dismissed,

24   pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.  The pending motion to

25   dismiss is rendered moot by this dismissal.

26   / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.     Petitioner's request to voluntarily dismiss this action is granted;

3        2.     Respondent's motion to dismiss is denied as moot;

4        3.     The Clerk of the Court is directed to close this file.

5    DATED:  November 13, 2008

6

7    _____
     WILLIAM B. SHUBB

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26